IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KAREN BURRISON** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 18-0621** |
| v. | : | |
| | : | |
| **GIVE SOME BACK, LLC,** *et al.* | : | |
| *Defendants* | : | |

FILED
MAY 18 2018
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## ORDER

**AND NOW**, this 18th day of May 2018, upon a review of the docket, which reveals that Plaintiff did not properly serve the summons and complaint upon Defendants Give Some Back, LLC, and Kamron Associates L.P. ("Defendants") by May 14, 2018, as required by Federal Rule of Civil Procedure 4(m), it is hereby **ORDERED** that Defendants are **DISMISSED**, without prejudice, pursuant to Federal Rule of Civil Procedure 4(m). The Clerk of Court is directed to mark this case **CLOSED**.

BY THE COURT:

_____
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*